THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NICHOLAS DEVOE, Appellant.

*Crimes — reckless driving — judgment of conviction affirmed.*

(Submitted November 23, 1927; decided December 13, 1927.)

APPEAL, by permission, from a judgment of the Nassau County Court entered June 18, 1927, which affirmed a judgment of the Court of Special Sessions in the town of

Hempstead, convicting the defendant of a violation of section 287 of the Highway Law in that he drove an automobile along a public highway at the rate of forty-six miles an hour for more than a quarter of a mile.

*Herbert A. O'Brien* for appellant.

*Elvin N. Edwards, District Attorney* (*Charles I. Wood* and *Richard H. Brown* of counsel), for respondent.

Judgment affirmed. Held that though merely driving in excess of the speed stated in Highway Law, section 287, subdivision 2, may not in and of itself constitute the crime of reckless driving under Highway Law, section 287-b, yet the evidence in this case that defendant was driving at the rate of forty-six miles an hour at the place and in the circumstances described, does supply a basis for an inference by the trier of the facts of the commission of said offense.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.